UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-02285-NRN

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : |
| SAFEWAY INC., a Delaware corporation, | : |
| Defendant. | : |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant SAFEWAY INC., by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Except as otherwise agreed, Plaintiff and Defendant shall each bear their own costs and attorney's fees.

DATE:  November 25, 2019

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (CO # 28399)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*

and

1

2

*s/Gregory A. Eurich*
Gregory A. Eurich
Miller & Steiert P.C.
1901 W. Littleton Boulevard
Littleton, Colorado 80120-2058
Phone: 303-798-2525
Email: geurich@m-s-lawyers.com
*Attorneys for Defendants*